JORDAN ALTURA (SBN: 209431)
jaltura@gordonrees.com
AMY MACLEAR (SBN: 215638)
amaclear@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 986-5900
Facsimile:   (415) 986-8054

Attorneys for Defendants
POWER ADVOCATE, INC. and POWER ADVOCATE,
INC. EMPLOYEE BENEFIT PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC NGUYEN, an individual, | Case No. 3-14-cv-05295 JCS |
| Plaintiff, | **JOINT STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| SUN LIFE ASSURANCE COMPANY OF CANADA; POWER ADVOCATE, INC; POWER ADVOCATE, INC. EMPLOYEE BENEFIT PLAN | |

Plaintiff ERIC NGUYEN ("Plaintiff") served the Complaint in this matter on Defendants POWER ADVOCATE, INC. and POWER ADVOCATE, INC. EMPLOYEE BENEFIT PLAN ("Defendants"), on December 8, 2014. The response is therefore due on December 29, 2014.

In accordance with Civil Local Rule 6.1, Plaintiff and Defendants stipulate that Defendants shall have up to and including January 15, 2015 to answer or otherwise respond to the Complaint.

Respectfully submitted,

Dated: December 30, 2014            THE GREY LAW FIRM, P.C.


By:  /s/   Lauren Ruby            .
     Rebecca Grey
     P. Lauren Ruby
     Attorneys for Plaintiff ERIC NGUYEN


Dated: December 30, 2014            GORDON & REES LLP


By:  /s/   Amy Maclear            .
     Jordan Altura
     Amy Maclear
     Attorneys for Defendants
     POWER ADVOCATE, INC. and POWER
     ADVOCATE, INC. EMPLOYEE BENEFIT
     PLAN

IT IS SO ORDERED.
Dated: 12/31/14         /s/ Joseph C. Spero
                        United States Magistrate Judge

-1-
JOINT STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. 2-14-CV-557 JCS

## ATTESTATION

I attest that concurrence in the filing of this document has been obtained from the other Signatory, which shall serve in lieu of their signature on the document.

Dated: December 30, 2014                              /s/ Amy Maclear
                                                      Amy Maclear