1  JORDAN ALTURA (SBN: 209431)
   jaltura@gordonrees.com
2  AMY MACLEAR (SBN: 215638)
   amaclear@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone:   (415) 986-5900
5  Facsimile:   (415) 986-8054

6  Attorneys for Defendants
   POWER ADVOCATE, INC. and POWER ADVOCATE,
7  INC. EMPLOYEE BENEFIT PLAN

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 ERIC NGUYEN, an individual,          )  Case No. 3-14-cv-05295 JCS
                                        )
12             Plaintiff,               )  **JOINT STIPULATION REGARDING**
                                        )  **FURTHER EXTENSION OF TIME TO**
13        v.                            )  **RESPOND TO COMPLAINT**
                                        )
14 SUN LIFE ASSURANCE COMPANY OF        )
   CANADA; POWER ADVOCATE, INC;         )
15 POWER ADVOCATE, INC. EMPLOYEE        )
   BENEFIT PLAN                         )
16                                      )
                                        )
17 _____ )

JOINT STIPULATION REGARDING FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. 2-14-CV-557 JCS

Plaintiff ERIC NGUYEN ("Plaintiff") served the Complaint in this matter on Defendants POWER ADVOCATE, INC. and POWER ADVOCATE, INC. EMPLOYEE BENEFIT PLAN ("Defendants"), on December 8, 2014.  The response was therefore due on December 29, 2014.

In accordance with Civil Local Rule 6.1, Plaintiff and Defendants previously stipulated that Defendants shall have up to and including January 15, 2015 to answer or otherwise respond to the Complaint.  During this time, the parties, through counsel, engaged in discussions geared toward a possible informal resolution.

The parties' efforts toward an information resolution are still underway and therefore, they stipulate pursuant to Civil Local Rule 6.1 to a further extension of time to January 30, 2015 for Defendants to answer or otherwise respond to the Complaint.

Respectfully submitted,

Dated: January 14, 2015                THE GREY LAW FIRM, P.C.


By:     /s/ P. Lauren Ruby
         Rebecca Grey
         P. Lauren Ruby
Attorneys for Plaintiff ERIC NGUYEN



Dated: January 14. 2015                GORDON & REES LLP


By:         /s/ Amy Maclear
         Jordan Altura
         Amy Maclear
Attorneys for Defendants
POWER ADVOCATE, INC. and POWER ADVOCATE, INC. EMPLOYEE BENEFIT PLAN

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

-1-
JOINT STIPULATION REGARDING FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. 2-14-CV-557 JCS

**ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from the other Signatory, which shall serve in lieu of their signature on the document.

Dated: January 14, 2015                         /s/  Amy Maclear
                                                Amy Maclear

IT IS SO ORDERED.
Dated: 1/15/15           /s/ Joseph C. Spero
                         Chief United States Magistrate Judge

-2-
JOINT STIPULATION REGARDING FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. 2-14-CV-557 JCS