1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    ERIC NGUYEN,                              Case No.  14-cv-05295-JST

              Plaintiff,
8                                              **MINUTE ORDER NOTING DISMISSAL**

9        v.                                    Re: ECF No. 23

10   SUN LIFE ASSURANCE COMPANY OF
     CANADA,
11
              Defendant.

12

13       Plaintiff Eric Nguyen has filed a notice of voluntary dismissal dated January 27, 2015,

14   requesting that Defendants Power Advocate, Inc. and Power Advocate, Inc. Benefit Plan be

15   dismissed without prejudice from this action.  ECF No. 23.  "The plaintiff may dismiss some or all

16   of the defendants . . . through a Rule 41(a)(1) notice."  Wilson v. City of San Jose, 111 F.3d 688,

17   692 (9th Cir. 1997).  Dismissal is effective without court order pursuant to Federal Rule of Civil

18   Procedure 41(a)(1)(A)(i).

19       All claims between Plaintiff Eric Nguyen and Defendants Power Advocate, Inc. and Power

20   Advocate, Inc. Benefit Plan have been dismissed without prejudice.  The Clerk is directed to

21   terminate Power Advocate, Inc. and Power Advocate, Inc. Benefit Plan as parties in this case.

22       **IT IS SO ORDERED**.

23   Dated:  January 30, 2015

24
                                          _____
25                                                  JON S. TIGAR
                                            United States District Judge
26

27

28

United States District Court
Northern District of California