UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERIC NGUYEN, | Case No. 14-cv-05295-JST |
|---|---|
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Defendant. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Opening brief re: standard of review | 3/20/15 |
| Opposition brief re: standard of review | 4/2/15 |
| Reply brief re: standard of review | 4/9/15 |
| Hearing re: standard of review | 4/23/15 at 2:00 p.m. |
| Discovery cut-off date | 8/21/15 |
| Deadline to file cross-motions for summary judgment | 9/25/15 |
| Deadline to file oppositions | 10/9/15 |
| Hearing date for motions for judgment | 10/26/15 at 2:00 p.m. |

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear on the noticed and scheduled dates.  All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Dates set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above hearing date as good cause to grant a continuance.  The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated:  March 11, 2015

_____
JON S. TIGAR
United States District Judge