UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC NGUYEN,<br><br>    Plaintiff,<br><br>    v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>    Defendant. | Case No. 14-cv-05295-JST<br><br>**ORDER**<br><br>Re: ECF No. 28 |

Pursuant to the stipulation of the parties:

1. The Court shall conduct a *de novo* review of the claims decision in this case.

2. The Court hereby vacates the following case deadlines:

| | |
|---|---|
| Opening brief re: standard of review: | 3/20/15 |
| Opposition brief re: standard of review: | 4/2/15 |
| Reply brief re: standard of review: | 4/9/15 |
| Hearing re: standard of review: | 4/23/15 at 2:00 p.m. |

All other deadlines remain as previously set.

IT IS SO ORDERED.

Dated: March 25, 2015

_____
JON S. TIGAR
United States District Judge