**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| ERIC NGUYEN, | No. 3:14-cv-05295-JST (LB) |
| Plaintiff(s), | |
| v. | **NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |
| SUN LIFE INSURANCE COMPANY OF CANADA, | |
| Defendant(s). | |

The district court referred a discovery letter to the undersigned. (*See* ECF No.30.) A hearing has been set for Thursday, October 15, 2015 at 9:30 a.m. Going forward, the parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint-letter brief with information about any unresolved disputes. If counsel cannot navigate the filing of a joint letter brief, they may schedule a short case management conference call through courtroom deputy Lashanda Scott. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: October 13, 2015

_____
LAUREL BEELER
United States Magistrate Judge

NOTICE OF REFERRAL AND ORDER
No. 3:14-cv-05295-JST (LB)